APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Brand Energy & Infrastructure Services, Inc. and
Brand Energy Services, LLC,
Plaintiffs

V.

Irex Contracting Group, Vertical Access Solutions, LLC, Prime Industrial Access, LLC, Robert Russo, Albert Rowe, Christopher Altmeyer, John Kwiatkoski, Terry Shriver, Stephen Pilon, Joseph D'Ulisse, David Crow, Leslie Johnson, Cathy Walls, Jeffrey Maupin and Denver Keene,
Defendants

Civil Action No: _____16____2499_____

DISCLOSURE STATEMENT FORM

Please check one box:

[✓] The nongovernmental corporate party, Brand Energy Services, LLC , in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ] The nongovernmental corporate party, _____ , in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____

May 20, 2016
Date

Bridget Montgomery
Signature

Counsel for: Plaintiffs

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a) WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
(1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or
(2) states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
(1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
(2) promptly file a supplemental statement if any required information changes.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Brand Energy & Infrastructure Services, Inc. and
Brand Energy Services, LLC,
Plaintiffs

V.

Irex Contracting Group, Vertical Access Solutions, LLC, Prime Industrial Access, LLC, Robert Russo, Albert Rowe, Christopher Altmeyer, John Kwiatkoski, Terry Shriver, Stephen Pilon, Joseph D'Ulisse, David Crow, Leslie Johnson, Cathy Walls, Jeffrey Maupin and Denver Keene,
Defendants

Civil Action No: 16 2499

DISCLOSURE STATEMENT FORM

Please check one box:

[✓] The nongovernmental corporate party, Brand Energy & Infrastructure Services, Inc., in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ] The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

May 20, 2016                    Bridget Montgomery
Date                            Signature

Counsel for: Plaintiffs

### Federal Rule of Civil Procedure 7.1 Disclosure Statement

(a) WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
(1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or
(2) states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
(1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
(2) promptly file a supplemental statement if any required information changes.