IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRAND ENERGY & INFRASTRUCTURE SERVICES, INC., et al.,** : : : : **CIVIL ACTION** | |
| Plaintiffs, : : | |
| v. : : **NO. 16-2499** | |
| **IREX CONTRACTING GROUP, et al.,** : : : | |
| Defendants. : | |

## O R D E R

**AND NOW,** this 31st day of October, 2016, after consideration of the plaintiffs' motion for reconsideration (Doc. No. 43), the defendants' response thereto (Doc. No. 53), the hearing held on plaintiff's motion in open court, and the parties' letters regarding this motion, **IT IS HEREBY ORDERED** that plaintiff's motion for reconsideration (Doc. No. 43) is **DENIED**.

BY THE COURT

*/s/ Lawrence F. Stengel*
_____
LAWRENCE F. STENGEL, J.