**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Brand Energy & Infrastructure Services, Inc., Brand Energy Services, LLC, Brand Services, LLC, and Gregg Industrial Insulators, Inc., | : | No: 5:16-CV-02499 |
| Plaintiffs, | : | Judge Lawrence F. Stengel |
| | : | [JURY TRIAL DEMANDED] |
| v. | : | ELECTRONICALLY FILED |
| Irex Corporation, Vertical Access Solutions, LLC, Prime Industrial Access, LLC, Argus Contracting, Inc., Argus Contracting, LLC, Enterprise Industrial Group, LLC, Albert Rowe, John Kwiatkoski, Christopher Altmeyer, Terry Shriver, Jeffrey Maupin, and Denver Keene, | : | |
| Defendants. | : | |

---

**PLAINTIFFS' MOTION TO MODIFY/CLARIFY PROTECTIVE ORDER**

---

Plaintiffs Brand Energy & Infrastructure Services, Inc., Brand Energy Services, LLC, Brand Services, LLC, and Gregg Industrial Insulators, Inc. ("Plaintiffs"), by their attorneys, Eckert Seamans Cherin & Mellott, LLC, hereby submit their Motion to Modify/Clarify Protective Order, as follows:

Pursuant to Paragraphs 18 and 22 of the Protective Order, Plaintiffs seek to modify/clarify the Protective Order to prevent the disclosure of "ATTORNEYS'

EYES ONLY" ("AEO") materials to the Individual Irex Defendants, consistent with the intent and purpose of the Protective Order's AEO protections. To this end, Plaintiffs request that the Court enter a modified Protective Order in the form attached hereto – which eliminates Subparagraph (c) in Paragraph 16.

WHEREFORE, for all the reasons stated herein and in Plaintiffs' Memorandum of Law in Support of Motion to Modify/Clarify Protective Order (which is expressly incorporated herein by reference) and consistent with Paragraph 18 of the existing Protective Order, Plaintiffs respectfully request that the Court grant their Motion to Modify/Clarify Protective Order, prevent the Individual Irex Defendants from receiving and reviewing AEO materials, and enter a modified Protective Order in the form attached hereto.

Respectfully submitted,

*/s/Casey A. Coyle*

Bridget E. Montgomery, Esquire (PA 56105)
Casey A. Coyle, Esquire (PA 307712)
ECKERT SEAMANS CHERIN &
MELLOTT, LLC
213 Market Street, 8th Floor
Harrisburg, PA 17101
Telephone: 717-237-6000
Facsimile: 717-237-6019
Email: bmontgomery@eckertseamans.com
ccoyle@eckertseamans.com

David A. Laigaie, Esquire
Mark Levy, Esquire
ECKERT SEAMANS CHERIN &
MELLOTT, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102
Telephone: 215-851-8400
Facsimile: 215-851-8383
Email: dlaigaie@eckertseamans.com
mlevy@eckertseamans.com

Date: March 15, 2017 Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Brand Energy & Infrastructure Services, Inc., Brand Energy Services, LLC, Brand Services, LLC, and Gregg Industrial Insulators, Inc., | : | No: 5:16-CV-02499 |
| Plaintiffs, | : | Judge Lawrence F. Stengel |
| v. | : | [JURY TRIAL DEMANDED] |
| Irex Corporation, Vertical Access Solutions, LLC, Prime Industrial Access, LLC, Argus Contracting, Inc., Argus Contracting, LLC, Enterprise Industrial Group, LLC, Albert Rowe, John Kwiatkoski, Christopher Altmeyer, Terry Shriver, Jeffrey Maupin, and Denver Keene, | : | ELECTRONICALLY FILED |
| Defendants. | : | |

**ORDER OF COURT**

AND NOW, to-wit, this _____________ day of March, 2017, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiffs' Motion to Modify/Clarify Protective Order is hereby GRANTED, that the Individual Irex Defendants shall not review or have access to materials marked by Plaintiffs as "ATTORNEYS' EYES ONLY", and that the modified Protective Order in the form attached to Plaintiff's Motion shall be entered by the Court in this case.

By the Court,

________________________________________ J.

# CERTIFICATE OF SERVICE

I certify that on this 15th day of March, 2017, I delivered a copy of the foregoing Motion to Modify/Clarify Protective Order upon the person(s) indicated below, via ECF, which service satisfies the requirements of the Federal Rules of Civil Procedure.

Michael S. Hino, Esquire
Susan K. Lessack, Esquire
Sean P. McDevitt, Esquire
Alexander L. Harris, Esquire
Katherine B. Puccio, Esquire
Pepper Hamilton LLP
400 Berwyn Park
899 Cassatt Road
Berwyn, PA 19312-1183
lessacks@pepperlaw.com
hinom@pepperlaw.com
mcdevitts@pepperlaw.com
harrisa@pepperlaw.com
pucciok@pepperlaw.com

Counsel for Irex Defendants

/s/Casey A. Coyle
Casey A. Coyle, Esquire
Counsel for Plaintiffs