# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRAND ENERGY & INFRASTRUCTURE SERVICES, INC., et al.,** : :  : : **Plaintiffs,** : : v. : : **IREX CONTRACTING GROUP, et al.,** : : **Defendants.** : | **CIVIL ACTION**  **NO. 16-2499** |

## O R D E R

**AND NOW**, this 23rd day of March, 2017, upon consideration of the Defendants' Motion to Dismiss the Amended Complaint (Doc. No. 72), and Plaintiffs' Response in Opposition to the Motion to Dismiss (Doc. No. 83), **IT IS HEREBY ORDERED** that the Motion to Dismiss (Doc. No. 72) is **DENIED**.

BY THE COURT

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.