IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRAND ENERGY & INFRASTRUCTURE SERVICES, INC., et al. | : : : | CIVIL ACTION |
| v. | : : | |
| IREX CORPORATION, et al. | : | NO. 16-2499 |

# **O R D E R**

AND NOW, this 2nd day of October, 2017, upon consideration of Plaintiffs' motion for reconsideration and accompanying brief (Docs. 212 & 213), the response, attached memorandum, and exhibits, the original motion, response, and order, and for the reasons stated in the accompanying Memorandum, IT IS HEREBY ORDERED that the motion is DENIED.

BY THE COURT:

/s/ELIZABETH T. HEY

_____
ELIZABETH T. HEY, U.S.M.J.