IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRAND ENERGY & INFRASTRUCTURE SERVICES, INC., et al. | : | CIVIL ACTION |
| v. | : | |
| IREX CORPORATION, et al. | : | NO. 16-2499 |

**O R D E R**

AND NOW, this 3rd day of November, 2017, upon consideration of Plaintiffs' Motion to Quash a Subpoena (Doc. 235), the response (Doc. 240), and Robert Russo's letter (Doc. 243), IT IS HEREBY ORDERED that the Motion is GRANTED IN PART and DENIED IN PART. Within ten days of the date of this Order, Mr. Russo shall produce a copy of the settlement agreement redacted to show only the names and signatures of the parties, dates of agreement, and any provision that includes any promise of pecuniary value made to Mr. Russo, including money, job offer, or indemnification.

BY THE COURT:

/s/ELIZABETH T. HEY

_____

ELIZABETH T. HEY, U.S.M.J.