IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRAND ENERGY & INFRASTRUCTURE SERVICES, INC., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| IREX CORPORATION, et al. | : | NO.  16-2499 |

**O R D E R**

AND NOW, this 21st day of December, 2017, upon consideration of Plaintiff's

motion to compel production of additional financial information (Doc. 256), the response

(Doc. 258), and after having reviewed the deposition of Jason Dodd, Irex's Controller,

and the transcript of the oral argument from October 20, 2017 (Doc. 241), for the reasons

stated in the accompanying Memorandum, IT IS HEREBY ORDERED that the Motion

to Compel is DENIED.

IT IS FURTHER ORDERED that upon consideration of Defendant's motion to

mark the Rule 30(b)(6) deposition of Jason Dodd complete (Doc. 255), the response

(Doc. 259), and the deposition of Mr. Dodd, for the reasons stated in the accompanying

Memorandum, IT IS HEREBY ORDERED that the Motion is DENIED.  However, in

light of the deposition transcript and Brand's counsel's representation that she needed

only an additional two to three hours, the court limits any further deposition of Mr. Dodd

to four hours.

BY THE COURT:
/s/ELIZABETH T. HEY

_____
ELIZABETH T. HEY, U.S.M.J.