IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRAND ENERGY & INFRASTRUCTURE : CIVIL ACTION
SERVICES, INC., et al. :
:
v. :
:
IREX CORPORATION, et al. : NO. 16-2499

**O R D E R**

AND NOW, this 2nd day of January 2018, upon consideration of Plaintiffs' motion related to the Rule 30(b)(6) deposition of Michael Kelly (Doc. 257), the response (Doc. 261), the deposition testimony, and for the reasons in the accompanying Memorandum, IT IS HEREBY ORDERED that the Motion is GRANTED IN PART and DENIED IN PART. To the extent Plaintiffs' seek an Order compelling Defendants to produce a witness to testify knowledgeably about the Rule 30(b)(6) Topics for which Mr. Kelly was designated as they relate to discovery other than that conducted pursuant to the Forensic Protocol, the Motion is GRANTED. Defendants shall designate such a representative whose deposition is limited to a maximum of two days. To the extent Plaintiffs' seek monetary sanctions in the form of fees and costs, the Motion is DENIED. IT IS FURTHER ORDERED that Plaintiffs' motion for oral argument (Doc. 265) is DENIED.

BY THE COURT:

/s/ELIZABETH T. HEY
_____
ELIZABETH T. HEY, U.S.M.J.