IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRAND ENERGY & INFRASTRUCTURE SERVICES, INC., et al. | : : : | CIVIL ACTION |
| v. | : : | |
| IREX CORPORATION, et al. | : | NO. 16-2499 |

**O R D E R**

AND NOW, this 2nd day of January, 2018, upon consideration of Plaintiffs' motion regarding production of prior forensic images of the Individual Defendants' Irex-related electronic devices (Doc. 260), the response (Doc. 264), and for the reasons stated in the accompanying memorandum, IT IS HEREBY ORDERED that the Motion is GRANTED IN PART and DENIED IN PART. Within seven days of the entry of this Order, Defendants shall produce all electronic images of the Individual Defendants' Irex-related electronic devices made in connection with this litigation but not yet produced in discovery, and specifically including the images created as of June 2016. In all other respects, the motion is DENIED. IT IS FURTHER ORDERED that Plaintiffs' motion for oral argument or, in the alternative, leave to submit an affidavit from their electronic discovery contractor (Doc. 266) IS DENIED.

BY THE COURT:

/s/ELIZABETH T. HEY

_____
ELIZABETH T. HEY, U.S.M.J.