IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRAND ENERGY & INFRASTRUCTURE : CIVIL ACTION
SERVICES, INC., et al. :
 :
    v. :
 :
IREX CORPORATION, et al. : NO. 16-2499

# **O R D E R**

AND NOW, this 30th day of January, 2018, upon consideration of Plaintiffs' motion for reconsideration of the court's January 2, 2018 Order (Doc. 273), the response thereto (Doc. 276), and for the reasons stated in the accompanying Memorandum, IT IS HEREBY ORDERED that the Motion is DENIED.

                              BY THE COURT:

                              /s/ELIZABETH T. HEY

                              _____
                              ELIZABETH T. HEY, U.S.M.J.