IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRAND ENERGY & INFRASTRUCTURE SERVICES, INC., et al. : | CIVIL ACTION :  : |
| v. : | : |
| IREX CORPORATION, et al. : | NO. 16-2499 |

# **O R D E R**

AND NOW, this 2nd day of March, 2018, upon consideration of Plaintiffs' Motion for Leave to File Exhibits (Doc. 300) and the response (Doc. 303), IT IS HEREBY ORDERED that the Motion is GRANTED IN PART. As explained in the accompanying Memorandum, two of the depositions presented by Plaintiffs had not been taken at the time the court last addressed the underlying issue, and such depositions contained testimony relevant to Plaintiffs' underlying request. The court had access to the other documents Plaintiffs presented in support of their motion.

Further, upon consideration of Plaintiff's Renewed Motion to Compel Production of Financial Documents (Doc. 298), the response (Doc. 302), and for the reasons stated in the accompanying Memorandum, IT IS HEREBY ORDERED that the Motion IS GRANTED IN PART. Irex shall produce the line item reports referred to by Mr. Banks in his deposition (Banks Dep. at 213:21-215:6) and Mr. Dodd (Dodd Dep. at 288:1-290:12) for each of the former Brand customers and projects referred to in the Amended Complaint and used in the search terms for the Forensic Protocol. In all other respects, Brand's Motion is DENIED.

BY THE COURT:

/s/ELIZABETH T. HEY
_____
ELIZABETH T. HEY, U.S.M.J.