IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRAND ENERGY & INFRASTRUCTURE SERVICES, INC., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| IREX CORPORATION, et al. | : | NO. 16-2499 |

**O R D E R**

AND NOW, this 28th of June, 2018, upon consideration of Brand's motion to produce 44,487 unique forensic files (Doc. 324), the response (Doc. 328), the in camera review of 25 files, Irex's contention that the bulk of the files on the recently-produced images were duplicates contained on images previously produced, and Irex's vendor's subsequent identification of 10,054 duplicate files (Doc. 341), IT IS HEREBY ORDERED that by July 8, 2018, Irex shall allow Brand access to the 2,070 emails and user-generated files it contends are duplicates of previously provided files. IT IS FURTHER ORDERED that by July 8, 2018, Irex shall individually review each of the 1,014 unique email and user-generated files identified by its forensic vendor and produce to Brand any file that is not privileged, irrelevant, or confidential, and shall provide Brand **and the court** with a designation sheet, identifying each file withheld, including a proper designation for each file that is not produced. The court will select 25 of the withheld files for in camera review and determine whether a full production is required based on that review.

BY THE COURT:

/s/ELIZABETH T. HEY

_____
ELIZABETH T. HEY, U.S.M.J.